*In re* RICARDO SKERRETT YORDÁN.

*Número:* TS-8233          *Resuelto:* 30 de agosto de 2001

I

*Darío Padín Mimoso*, abogado del peticionario; *Roberto J. Sánchez Ramos, Procurador General, Yvonne Casanova Pelosi, Procuradora General Auxiliar*, y *Vanessa Lugo Flores, Subprocuradora General; Carmen H. Carlos*, Directora de la Oficina de Inspección de Notarías.

Sala especial de verano integrada por el JUEZ PRESIDENTE SEÑOR ANDRÉU GARCÍA y los JUECES ASOCIADOS SEÑORA NAVEIRA DE RODÓN, SEÑOR CORRADA DEL RÍO y SEÑOR RIVERA PÉREZ.

## RESOLUCIÓN

Evaluada la solicitud de reinstalación presentada por el querellado Ricardo Skerrett Yordán, así como la moción informativa presentada por el Procurador General y demás documentos que obran del expediente, se autoriza su reinstalación al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón no intervino.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*